AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | |
| Jose Alfredo Martinez-Amaya | |
| A077 404 919 | |
| AKA: | |
| IAE   YOB: 1974 | |
| Honduras | |
| (Name and Address of Defendant) | |

United States District Court
Southern District of Texas
FILED
FEB 0 9 2015
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-15- 0199 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 8, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Jose Alfredo Martinez-Amaya was encountered by Border Patrol Agents near Hidalgo, Texas on February 8, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 8, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 24, 2004, through Miami, Florida. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 28, 2003, the defendant was convicted of ▮▮▮▮▮▮▮▮▮ Child Molestation and sentenced to ten (10) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*[signature]*
Sworn to before me and subscribed in my presence,

**February 9, 2015**

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
**Israel Perez**        **Senior Patrol Agent**

*[signature]*
Signature of Judicial Officer